UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **JILL CARUSO**, | ) |
| Plaintiff, | ) ) ) Case No. 5:23-cv-115 |
| v. | ) ) |
| **WOOSTER HOTEL LLC,** an Ohio Limited Liability Company, | ) JUDGE SARA LIOI ) ) |
| Defendant. | ) ) ) |

# NOTICE OF SETTLEMENT AND REQUEST FOR STAY OF DEADLINES

AND NOW comes the Plaintiff and Defendant by their undersigned counsel and advise this Honorable Court that the parties have reached an agreement in principle. The parties are finalizing settlement and dismissal documents and expect to file the dismissal papers within thirty (30) days. The parties further request that this Court stay all applicable case deadlines in the interest of judicial economy and to avoid imposing unnecessary expenses upon the parties.

Date: May 19, 2023

Respectfully Submitted,

| | |
|---|---|
| /s/ Owen B, Dunn, Jr. | /s/ Cari Fusco Evans |
| Owen B. Dunn Jr. (0074743) | Cari Fusco Evans, Esq. (#0061864) |
| Law Offices of Owen Dunn, Jr. | Fischer, Evans & Robbins, Ltd. |
| The Ottawa Hills Shopping Center | 3521 Whipple Avenue N.W. |
| 4334 W. Central Avenue, Suite 222 | Canton, Ohio 44718 |
| Toledo, OH 43615 | Telephone: (330) 244-0997 |
| Phone: (419) 241-9661 | Facsimile: (330) 244-8966 |
| Fax: (419) 241-9737 | E-mail: cfevans@fer-law.net |
| Email: dunnlawoffice@sbcglobal.net | *Attorney for Defendant* |
| *Attorney for Plaintiff* | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2023, a copy of the foregoing document was filed electronically. Notice of this filing will be sent via the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Owen B. Dunn, Jr.
