# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JILL CARUSO, | ) | CASE NO. 5:23-cv-115 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| WOOSTER HOTEL LLC, | ) | |
| | ) | |
| DEFENDANT. | ) | |

This matter comes before the Court upon the parties' joint stipulation of dismissal with prejudice. (Doc. No. 12.) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation of dismissal signed by all parties who have appeared. The parties in this case have entered into such a stipulation and, therefore, this case is closed. The Court retains jurisdiction to resolve disputes concerning the enforcement of the parties' release and settlement agreement. *See Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 114 S. Ct. 1673, 128 L. Ed. 2d 391 (1994).

**IT IS SO ORDERED**.

Dated: June 20, 2023

                                            **HONORABLE SARA LIOI**
                                            **UNITED STATES DISTRICT JUDGE**
                                            **CHIEF JUDGE**